**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Flynn, an unmarried woman,<br>Plaintiff,<br>v.<br>Nancy A. Berryhill,<br>Acting Commissioner of Social Security,<br>Defendant. | No. CV-17-0478-TUC-BGM<br><br>**ORDER** |

Currently pending before the Court is Counsel for Plaintiff's Motion for Award Attorney Fees Under the Equal Access to Justice Act, 26 U.S.C. § 2412(d) (Doc. 24). Defendant does not object to the fees requested. *See* Def.'s Response to Pl.'s Mot. for Attorney Fees (Doc. 25). IT IS HEREBY ORDERED that Plaintiff be awarded attorney's fees of $2,774.74 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). *See Astrue v. Ratliff*, 560 U.S. 586, 595–98, 130 S.Ct. 2521, 2528–29, 177 L.Ed.2d 91 (2010). As such, IT IS FURTHER ORDERED that if, after receiving this Order, the Commissioner determines upon its effectuation that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, fees will be made payable to Plaintiff's attorneys. If, however, there is a debt owed that is subject to offset under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but

delivered to Plaintiff's attorneys Joane Hallinan and Audrey Miller, Hallinan & Killpack Law Firm, 5240 East Pima Street, Tucson, Arizona 85712.

Dated this 13th day of September, 2018.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge